COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



CONTINUING ABATEMENT ORDER

Appellate case name:     In re 7677 Real Street, LLC, 5805 Washington Avenue Trust, Nitzan Ben-Nun, and Sonoma Apartments, LLC, Relators

Appellate case number:    01-16-00683-CV

Trial court case number:   2013-43259

Trial court:               234th District Court of Harris County

On February 16, 2017, counsel for relators and real party in interest advised the Court that the parties were in the process of drafting a final settlement agreement. Accordingly, we issued an order abating the case for 45 days. On April 27, we issued an order requesting the parties to file status reports. Both parties filed responses.

Accordingly, we **ORDER** the abatement of this cause to continue for 40 days from the date of this order to allow the parties to complete settlement negotiations and to obtain any necessary bankruptcy court approval. The parties shall either file a motion to dismiss or status reports at the conclusion of this 40-day period.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The court will also consider an appropriate motion to reinstate the proceeding filed by either party, or the court may reinstate the proceeding on its own motion.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                       ☒ Acting individually    ☐ Acting for the Court

Date: May 16, 2017